July 19, 2015


Bettejane Jenkins and Thomas D. Oquist
28 231ST. S.E.
BOTHELL, WA 98021

Wells Fargo Bank NA
1 Montgomery Street
San Francisco, California 94104


Loan Number: 0046439998
Property Address:  28 231st S.E.
Bothell, WA  98021-8739


To whom it may concern:

Pursuant to the provisions of the Truth in Lending Act(TILA), 15 U.S.C. Section 1635,  the above-captioned homeowners hereby rescind/cancel the above-referenced loan, due to violations of TILA, including but not limited to the unlawful failure to give timely and proper notices required under TILA.

We hereby CANCEL/RESCIND  the above referenced loan.


Borrower _____. Date: _____.

             Bettejane Jenkins


Co-Borrower _____ Date: 7 . 19 . 15

             Thomas D. Oquist

July 19, 2015


Bettejane Jenkins and Thomas D. Oquist
28 231ST. S.E.
BOTHELL,WA 98021

Wells Fargo Home Mortgage
Return Mail Operations
P.O. Box 14411
Des Moines, IA 50306-3411


Loan Number: 0046439998
Property Address:  28 231st S.E.
Bothell, WA  98021-8739


Wells Fargo Home Mortgage (To whom it may concern);

Pursuant to the provisions of the Truth in Lending Act(TILA), 15 U.S.C. Section 1635,  the above-captioned homeowners hereby rescind/cancel the above-referenced loan, due to violations of TILA, including but not limited to the unlawful failure to give timely and proper notices required under TILA.

We hereby CANCEL/RESCIND  the above referenced loan.


Borrower _____. Date: _____.

      Bettejane Jenkins

Co-Borrower _____ Date: _____

      Thomas D. Oquist

July 19, 2015


Bettejane Jenkins and Thomas D. Oquist
28 231ST. S.E.
BOTHELL,WA 98021

RTS Pacific, Inc. a Washington Corporation
616 1st Avenue, Suite 500
Seattle, WA 98021-8739


Loan Number: 0046439998
Property Address:  28 231st S.E.
Bothell, WA  98021-8739


Dear Melissa Hjorten; Assistant Vice President (regarding appointment of Successor Trustee; Wells
Fargo NA,  to loan number 0046439998 as stated above).

Pursuant to the provisions of the Truth in Lending Act(TILA), 15 U.S.C. Section 1635,  the above-
captioned homeowners hereby rescind/cancel the above-referenced loan, due to violations of TILA,
including but not limited to the unlawful failure to give timely and proper notices required under TILA.

We hereby CANCEL/RESCIND  the above referenced loan.


Borrower _____. Date: _____.

        Bettejane Jenkins

Co-Borrower _____ Date: _____

        Thomas D. Oquist