

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7015 0640 0000 6190 7068

BOTHELL WA 98021 — Seattle, WA 98104
Certified Mail Fee: $3.45
Return Receipt (hardcopy): $2.30
Return Receipt (electronic): $0.00
Certified Mail Restricted Delivery: $0.00
Adult Signature Required: N/A
Adult Signature Restricted Delivery: N/A
Postage: $5.75
Total Postage and Fees: $12.00
Postmark: 07/27/2015

Sent To: RTS PACIFIC, INC.
Street: 616 1ST AVE SUITE 500
City, State, ZIP+4: SEATTLE, WA 98021-8739

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

DES MOINES IA 50306
Certified Mail Fee: $3.45
Return Receipt (hardcopy): $2.30
Return Receipt (electronic): $0.00
Certified Mail Restricted Delivery: $0.00
Adult Signature Required: N/A
Adult Signature Restricted Delivery: N/A
Postage: $5.75
Total Postage and Fees: $12.00
Postmark: 07/27/2015

Sent To: WELLS FARGO HOME MORTGAGE
Street: P.O. BOX 14411
City, State, ZIP+4: DES MOINES, IA 50306-3411

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7015 0640 0000 6190 7051

SAN FRANCISCO CA 94104
Certified Mail Fee: $3.45
Return Receipt (hardcopy): $2.30
Return Receipt (electronic): $0.00
Certified Mail Restricted Delivery: $0.00
Adult Signature Required: N/A
Adult Signature Restricted Delivery: N/A
Postage: $5.75
Total Postage and Fees: $12.00
Postmark: 07/27/2015

Sent To: WELLS FARGO BANK NA
Street: 1 MONTGOMERY STREET
City, State, ZIP+4: SAN FRANCISCO, CALIFORNIA 94104

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WELLS FARGO BANK NA
   1 MONTGOMERY STREET
   SAN FRANCISCO, CALIF. 94104

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   9590 9403 0146 5086 0656 51

2. Article Number (Transfer from service label)

   7015 0640 0000 6190 7051

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ THAN QS _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)       C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WELLS FARGO HOME MRT.
   P.O. BOX 14411
   DES MOINES, IA 50306-3411

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   9590 9403 0146 5086 0656 68

2. Article Number (Transfer from service label)

   7015 0640 0000 6190 7075

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ [signature] _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)       C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt