UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BETTEJANE JENKINS AND
THOMAS D. OQUIST,

           Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

           Defendant.

C16-452 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court, having reviewed counsel's response to the Court's order to show cause, docket no. 26, declines to impose sanctions in this matter. Counsel reports that she has "heard the message from the district court loud and clear and will not be filing any further TILA rescission cases until the pending litigation is resolved in cases submitted to the Ninth Circuit Court of Appeals." Amended Response to Show Cause Order, docket no. 26. The Court's admonishments appear to have had the desired deterrent effect and accordingly, the imposition of sanctions is no longer warranted.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of January, 2017.

           William M. McCool
           Clerk

           s/Karen Dews
           Deputy Clerk

MINUTE ORDER - 1